**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: FUTURE MOTION, INC.<br><br>PRODUCTS LIABILITY LITIGATION<br><br>_____<br><br>This document Relates to:<br><br>ALL ACTIONS | Case No. 23-md-03087-BLF<br><br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Robert W. Cowan_____, an active member in good standing of the bar of Texas_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs_____ in the above-entitled action. Per Document 3, dated December 15, 2023, Pretrial Order #1, the requirement that pro hac vice counsel retain local counsel, *see* Civ. L.R. 11-3(a)(3) and 11-3(f), is waived and does not apply to this MDL action.

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24031976.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court  0  time(s) in the 12 months preceding this application.

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution

3  Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: <u>December 28, 2023</u>                              <u>Robert W. Cowan</u>

5                                                                APPLICANT

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of <u>Robert W. Cowan</u> is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

3

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

December 27, 2023

Re: Mr. Robert Wayne Cowan, State Bar Number 24031976

To Whom It May Concern:

This is to certify that Mr. Robert Wayne Cowan was licensed to practice law in Texas on November 02, 2001, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167