BAILEY COWAN HECKAMAN PLLC

Robert W. Cowan (admitted *pro hac vice*)
rcowan@bchlaw.com
Aaron M. Heckaman (admitted *pro hac vice*)
aheckaman@bchlaw.com
1360 Post Oak Blvd., Suite 2300
Houston, TX 77056
Telephone: 713-425-7100
Facsimile: 713-425-7101
onewheel@bchlaw.com

*Attorneys for Ron Bunnell, on behalf of the Estate of Carl Joseph Bunnell, deceased, Barclay Bunnell, Misty Odeen, as next friend and representative of Maxwell Bunnell, a minor, Darryl Martin John Oatridge, and Bridget Oatridge*

*Additional parties and counsel listed on signature pages*

NILAN JOHNSON LEWIS PA

John J. Wackman (admitted *pro hac vice*)
jwackman@nilanjohnson.com
Christine M. Mennen (admitted *pro hac vice*)
cmennen@nilanjohnson.com
Kathleen K. Curtis (admitted *pro hac vice*)
kcurtis@nilanjohnson.com
Kelly P. Magnus (admitted *pro hac vice*)
kmagnus@nilanjohnson.com
250 Marquette Avenue South, Suite 800
Minneapolis, MN 55401
Tel: (612) 305-7500
Fax: (612) 305-7501

*Attorneys for Defendant Future Motion, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IN RE: FUTURE MOTION, INC. PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | No.: 5:23-md-03087-BLF<br><br>**JOINT STIPULATION REGARDING RECOMMENDATION OF MAGISTRATE JUDGE** |

# JOINT STIPULATION

Pursuant to this Court's Case Management Order No. 1 (ECF No. 56), the Parties jointly recommend the appointment of Magistrate Judge Laurel Beeler to preside over the Parties' efforts to settle their respective cases. Alternately, if Magistrate Judge Beeler is unavailable, the Parties jointly recommend the appointment of either Magistrate Judge Susan van Keulen or Magistrate Judge Joseph Spero for this purpose.

**STIPULATED AND AGREED TO BY:**

| | |
|---|---|
| Dated: February 1, 2024 | Respectfully submitted, |
| | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | By: /s/ Jerrod C. Patterson |
| | Jerrod C. Patterson (admitted *pro hac vice*) |
| | Joseph M. Kingerski (admitted *pro hac vice*) |
| | 1301 Second Avenue, Suite 2000 |
| | Seattle, WA 98101 |
| | Telephone: (206) 623-7292 |
| | Facsimile: (206) 623-0594 |
| | Email: jerrodp@hbsslaw.com |
| | Email: joeyk@hbsslaw.com |

*Attorneys for James Loh, Sean Michael Smith, Giovany Rico, Bradley Reber, Raymond Wang, Christopher Foo, Devon Holt, Valentina Forcella, Derek Guilford, James Grant, Johnny Leombruno, Carlos Murphy, Stephen Powell, Richard Bonner, Joshua Flott*

BAILEY COWAN HECKAMAN PLLC

By: /s/ Robert W. Cowan
Robert W. Cowan (admitted *pro hac vice*)
Aaron M. Heckaman (admitted *pro hac vice*)
1360 Post Oak Blvd., Suite 2300
Houston, TX 77056
Telephone: 713-425-7100
Facsimile: 713-425-7101
Email: aheckaman@bchlaw.com
Email: rcowan@bchlaw.com

*Attorneys for Plaintiffs Ron Bunnell, on behalf of the Estate of Carl Joseph Bunnell, deceased, Barclay Bunnell, Misty Odeen, as next friend and representative*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

of Maxwell Bunnell, a minor, Darryl Martin John Oatridge, and Bridget Oatridge

-and-

MORGAN & MORGAN
Rene F. Rocha (*pro hac vice* anticipated)
COMPLEX LITIGATION GROUP
400 Poydras St., Suite 1515
New Orleans, LA 70130
Telephone: (954) 318-0268
Facsimile: (954) 327-3018
Email: rrocha@ForThePeople.com

*Attorneys for Jason Bailey, Christopher Delapaz, Schuyler Elliot, Brandon Greer, Michael Haggerty, Orlando Lopez-Roman, Ralph Nacca, Ian Quincannon, Jonathan Reeves, Kevin Roesler, Joel Thomas*


By: */s/ Gregory Haroutunian*

CLAYEO C. ARNOLD,
A PROFESSIONAL CORPORATION
M. Anderson Berry (SB# 262879)
Gregory Haroutunian (SB# 330263)
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Facsimile: (916) 924-1829
Email: aberry@justice4you.com
Email: gharoutunian@justice4you.com
Email: bjack@justice4you.com

- and -

MORGAN & MORGAN, P.A.

Branden Weber (*pro hac vice forthcoming*)
20 North Orange Avenue, Suite 1600
Orlando, FL 32801
Telephone: (407) 420-1414
Facsimile:  (407) 245-3408
Email: bweber@forthepeople.com

*Counsel for Plaintiffs and the Proposed Class*

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: February 1, 2024 | NILAN JOHNSON LEWIS PA |
| 4 | | By: */s/ John Wackman* |
| 5 | | John J. Wackman (admitted *pro hac vice*) |
| 6 | | Christine M. Mennen (admitted *pro hac vice*)<br>Kathleen K. Curtis (admitted *pro hac vice*) |
| 7 | | Kelly P. Magnus (admitted *pro hac vice*)<br>250 Marquette Avenue South, Suite 800 |
| 8 | | Minneapolis, MN 55401<br>Telephone: (612) 305-7500 |
| 9 | | Facsimile: (612) 305-7501<br>Email: jwackman@nilanjohnson.com |
| 10 | | Email: cmennen@nilanjohnson.com<br>Email: kcurtis@nilanjohnson.com |
| 11 | | Email: kmagnus@nilanjohnson.com |
| 12 | | *Attorneys for Defendant Future Motion, Inc..* |

**ADDITIONAL PLAINTIFFS' COUNSEL:**

| | |
|---|---|
| Eitan Goldrosen (admitted *pro hac vice*)<br>MORGAN & MORGAN, P.A.<br>20 North Orange Avenue, Suite 1600<br>Orlando, Florida 32801<br>Telephone: (407) 420-1414<br>Email: egoldrosen@forthepeople.com<br><br>*Attorneys for Jason Bailey, Christopher Delapaz, Schuyler Elliot, Brandon Greer, Michael Haggerty, Orlando Lopez-Roman, Ralph Nacca, Ian Quincannon, Jonathan Reeves, Kevin Roesler, Joel Thomas* | Rachel M. Luke (admitted *pro hac vice*)<br>Michael Angiulo (admitted *pro hac vice*)<br>FRIEDMAN \| RUBIN PLLP<br>1109 1st Avenue, Suite 501,<br>Seattle, WA 98101<br>Telephone: (206) 501-4446<br>Facsimile: (206) 623-0794<br>Email: Rachel@friedmanrubin.com<br><br>*Attorney for Plaintiffs Whitney Young and Mary Kokstis* |
| Michael K. Johnson, Esq.<br>(admitted *pro hac vice*)<br>Adam Kress<br>(admitted *pro hac vice*)<br>JOHNSON BECKER, PLLC<br>444 Cedar Street, Suite 1800,<br>St. Paul, MN 55101<br>Telephone: (612) 436-1800<br>Facsimile: (612) 436-1801<br><br>*Attorney for Matthew Boston, Jonathan Burke, and Christopher Emmel* | Craig Hoffman (admitted *pro hac vice*)<br>MACK, TRAGOS & HOFFMAN, LTD.<br>53 West Jackson Blvd., Suite 815<br>Chicago, IL 60604<br>Telephone: (312) 242-2454 (Direct)<br>Facsimile: (312) 284-1865<br>Email: CHoffman@MTH-law.com<br><br>*Attorney for Plaintiffs Keith Gregie and John Scherschel* |
| Joe Mooneyham (admitted *pro hac vice*)<br>MOONEYHAM BERRY, LLC<br>Post Office Box 8359<br>Greenville, South Carolina 29604<br>Telephone: (864) 421-0036<br>Facsimile: (864) 421-9060<br>Email: joe@mbllc.com<br><br>*Attorney for Samuel King* | Daniel C. Jensen, Esq.<br>(*pro hac vice* anticipated)<br>Florida Bar No. 0112566<br>LYTAL, REITER, SMITH, IVEY & FRONRATH<br>515 N. Flagler Drive, 10th Floor West<br>Palm Beach, FL 33401<br>Telephone: (561) 655-1990<br>Direct Line: (561) 820-2229<br>Facsimile: (561) 820-2299<br>Primary e-service: djensen@foryourrights.com<br>Secondary e-service: kharris@foryourrights.com<br><br>*Attorney for Victor McNair, Anh Truong, Scott, Patrick, Shane Smith, and Kwynn Koop* |

| | |
|---|---|
| Matthew K. Felty (admitted *pro hac vice*)<br>LYTLE SOULÉ & FELTY, P.C.<br>1200 Robinson Renaissance<br>119 N. Robinson Ave.<br>Oklahoma City, OK 73102<br>Telephone: (405) 235-7471<br>Facsimile: (405) 232-3852<br>Email: mkfelty@lytlesoule.com<br><br>- and -<br><br>Phillip G. Whaley (admitted *pro hac vice*)<br>RYAN WHALEY<br>400 N. Walnut Ave.<br>Oklahoma City, OK 73104<br>Telephone: (405) 239-6040<br>Facsimile: (405) 239-6766<br>Email: pwhaley@ryanwhaley.com<br><br>*Attorneys for Plaintiff Grant Downs*<br><br>Timothy F. Pearce, Esq.<br>Stuart B. Lewis<br>Anya Fuchs, Esq.<br>PEARCE LEWIS LLP<br>423 Washington Street, Suite 510<br>San Francisco, CA 94111<br>Telephone: 415-964-5225<br>Facsimile: 415-830-9879<br>Email: tim@pearcelewis.com<br>Email: stuart@pearcelewis.com<br>Email: anya@pearcelewis.com<br><br>*Attorneys for Darryl Martin John Oatridge, and Bridget Oatridge* | Thomas H. Murphy, Esq.<br>COGAN & POWER, P.C.<br>One East Wacker Drive, 38th Floor<br>Chicago, Illinois 60601<br>(312) 477-2500<br>(312) 477-2501 (Fax)<br>tmurphy@coganpower.com<br><br>*Attorney for Plaintiff, Jason Brown*<br><br>Lowell P. McKelvey (admitted *pro hac vice*)<br>MCKELVEY LAW LLC<br>1205 NW 25th Avenue,<br>Portland, Oregon 97210<br>Telephone: (503) 349-7535<br>Facsimile: (971) 357-2142<br>Email: lowell@mckelveylaw.com<br><br>*Attorney for Plaintiff Keith Gregie, John Scherschel, and Bryan Reedy*<br><br>Eli J. Hare (*pro hac vice* anticipated)<br>Dicello Levitt LLP<br>505 20th Street North, Suite 1500<br>Birmingham, Alabama 35203<br>Telephone: 205-855-5700<br>Email: ehare@dicellolevitt.com<br><br>*Attorney for Caleb Metts*<br><br>Cameron Bell (admitted *pro hac vice*)<br>Oliver Law Group P.C.<br>50 W. Big Beaver Rd., Suite 200<br>Troy, MI 48084<br>Telephone: 248-327-6556<br>Facsimile: 248-436-3385<br>Email: cbell@oliverlawgroup.com<br><br>*Attorney for Thomas Nemeth* |

**LOCAL RULE 5-1 ATTESTATION**

I hereby attest, pursuant to Civil L.R. 5-1(i)(3) that the concurrence to the filing of this document has been obtained from each signatory hereto.

By: */s/ Jerrod C. Patterson*
Jerrod C. Patterson