Craig A. Livingston – SBN 148551
LIVINGSTON LAW FIRM
A Professional Corporation
1600 South Main Street, Suite 280
Walnut Creek, CA  94596
Tel: (925) 952-9880
Fax: (925) 952-9881
Email: clivingston@livingstonlawyers.com

John J. Wackman (admitted *pro hac vice*)
Christy L. Mennen (admitted *pro hac vice*)
Kelly P. Magnus (admitted *pro hac vice*)
Kathleen K. Curtis (admitted *pro hac vice*)
NILAN JOHNSON LEWIS PA
250 Marquette Avenue South, Suite 800
Minneapolis, MN  55401
Tel: (612) 305-7500
Fax: (612) 305-7501
Email: jwackman@nilanjohnson.com
       cmennen@nilanjohnson.com
       kmagnus@nilanjohnson.com
       kcurtis@nilanjohnson.com

APPROVED
Judge Beth Labson Freeman

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IN RE: FUTURE MOTION, INC. PRODUCTS LIABILITY LITIGATION,<br><br>This document Relates to:<br><br>ALL ACTIONS | Case No. 23-MD-03087-BLF<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL FOR FUTURE MOTION, INC.** |

**TO: THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, pursuant to Civil Local Rule 11-5, Craig A. Livingston, Esq., and Livingston Law Firm, P.C. hereby withdraw as counsel of record for Defendant FUTURE MOTION, INC. in this matter.

Defendant FUTURE MOTION, INC. has been notified of this withdrawal and will continue to be represented by its lead counsel in this MDL:

> John J. Wackman (admitted *pro hac vice*)
> Christy L. Mennen (admitted *pro hac vice*)
> Kelly P. Magnus (admitted *pro hac vice*)
> Kathleen K. Curtis (admitted *pro hac vice*)
> NILAN JOHNSON LEWIS PA
> 250 Marquette Avenue South, Suite 800
> Minneapolis, MN  55401

Tel: (612) 305-7500
Fax: (612) 305-7501
Email: jwackman@nilanjohnson.com
cmennen@nilanjohnson.com
kmagnus@nilanjohnson.com
kcurtis@nilanjohnson.com

The withdrawal of Livington Law Firm will cause no prejudice to any party or delay in the case schedule.

It is further requested that Craig A. Livingston, Esq. and Livingston Law Firm be removed from the case docket, and that the Clerk terminate the delivery of all Notices of Electronic Filing addressed to the following individuals:

clivingston@livingstonlawyers.com,
jjenkins@livingstonlawyers.com,
cwilliams@livingstonlawyers.com, and
jcabrejas@livingstonlawyers.com

It is further requested that all counsel in this matter remove the above-listed names from any applicable service lists.

Dated:  February 6, 2024.                    Respectfully Submitted,

/s/ Craig A. Livingston
Craig A. Livingston – SBN 148551
LIVINGSTON LAW FIRM
A Professional Corporation
1600 South Main Street, Suite 280
Walnut Creek, CA  94596
Tel: (925) 952-9880
Fax: (925) 952-9881
Email: clivingston@livingstonlawyers.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is 1600 South Main Street, Suite 280, Walnut Creek, California 94596. On the date set forth below, I served a true copy of the following document(s):

**NOTICE OF WITHDRAWAL OF COUNSEL FOR FUTURE MOTION, INC.**

Service was accomplished as follows:

__X__   **VIA CM/ECF:** I electronically served the above document(s) via CM/ECF on all parties opting for e-service and is available for viewing and downloading from the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 6, 2024, at Walnut Creek, California.

  _/s/ Christine Williams_
  Christine Williams

_Future Motion, Inc. Products Liability Litigation_
USDC CAND MDL No.: 5:23-md-03087-BLF