**BAILEY COWAN HECKAMAN PLLC**

Robert W. Cowan (admitted *pro hac vice*)
rcowan@bchlaw.com
1360 Post Oak Blvd., Suite 2300
Houston, TX 77056
Telephone: 713-425-7100
Facsimile: 713-425-7101
onewheel@bchlaw.com

**MORGAN & MORGAN**

Rene F. Rocha (admitted *pro hac vice*)
COMPLEX LITIGATION GROUP
400 Poydras St., Suite 1515
New Orleans, LA 70130
rrocha@ForThePeople.com
P: (954) 318-0268
F: (954) 327-3018

*Plaintiffs' Interim Lead Counsel*

*Additional parties and counsel listed on signature pages.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: FUTURE MOTION, INC. PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | No.: 23-md-03087-BLF<br><br>**PLAINTIFFS' PROPOSED ORGANIZATION AND LEADERSHIP APPOINTMENTS** |

    Personal injury/wrongful death Plaintiffs ("PIWD Plaintiffs") have had the opportunity to discuss the organization and formation of leadership and internally request appointment thereto. PIWD Plaintiffs uniformly intend to establish a balanced leadership team, which reflects diversity of all types and is composed of individuals capable of steering this litigation to resolution.  PIWD Plaintiffs recognize that their leadership should include attorneys with demonstrated capacity, skill, reputation, and financial resources to fairly, effectively, and efficiently lead this MDL.  They also

recognize the importance of their leadership to reflect a diversity of legal talent in terms of education, background, experience, and demographics. With those considerations in mind, the undersigned submit this Proposed Organization and Leadership Appointment, and would respectfully show the Court as follows:

I.      **PIWD Plaintiffs' Co-Lead Counsel**

      A.      **Appointment.** PIWD Plaintiffs propose <u>Robert W. Cowan</u> of Bailey Cowan Heckaman PLLC and <u>Rene F. Rocha</u> of Morgan & Morgan to serve as PIWD Plaintiffs' Co-Lead Counsel. A copy of their *curricula vitae* and/or declaration is attached hereto as Exhibits A and B for the Court's review.

      B.      **Responsibilities of PIWD Plaintiffs' Co-Lead Counsel.** Messrs. Cowan and Rocha, as Plaintiffs' Co-Lead Counsel, shall have the following duties and responsibilities:

      1.      Serve as liaison with the Court for all PIWD Plaintiffs during these coordinated pretrial proceedings in response to any inquiries by the Court or opposing counsel, subject to the right of any plaintiff's counsel to present non-repetitive individual or different positions, as long as the presentation does not unduly delay the proceedings.

      2.      Make or submit any oral or written motions to the Court on behalf of the PIWD Plaintiffs, as well as oppose, when necessary, any motions submitted by Defendant involving matters within the Lead Counsel's sphere of responsibilities (except as to matters specifically directed to individual Plaintiffs and their counsel).

      3.      Negotiate and enter into stipulations with the Defendant regarding the litigation. All stipulations entered into by Lead Counsel, except for strictly administrative details such as scheduling, must be submitted for Court approval and will not be binding until the Court has ratified the stipulation.

      4.      Chair the Executive Committee.

5. Convene meetings of the Executive Committee for the purpose of proposing joint action and discussing and resolving matters of common concern.

6. Coordinate discovery on behalf of the PIWD Plaintiffs consistent with the requirements of Fed. R. Civ. P. 26 and in conjunction with the Executive Committee and Steering Committee.

7. Consult with and employ expert witnesses on behalf of the PIWD Plaintiffs consistent with the requirements of Fed. R. Civ. P. 26 and in conjunction with the Executive Committee and Steering Committee.

8. Delegate specific tasks to other counsel or designated committees, in a manner that ensures that the PIWD Plaintiffs' pretrial preparation is conducted effectively, efficiently, and economically. Monitor the activities of co-counsel to ensure that schedules are met and unnecessary expenditures of time and funds are avoided.

9. Explore, develop, and pursue all settlement options pertaining to any claim or portion thereof in any case filed in this litigation.

10. Attend status and case management conferences, including preconference meetings with the Court and opposing counsel.

11. Ensure that court orders are followed, schedules are met, discovery is conducted consistent with the requirements of Fed. R. Civ. P. 26, unnecessary expenditures of time and funds are avoided, and any negotiations are reasonably efficient and productive.

12. Perform any task necessary to carry out the functions of Lead Counsel to properly coordinate the Plaintiffs' pretrial activities.

13. Perform any other functions as may be expressly authorized and/or required by this Court.

II. **PIWD Plaintiffs' JCCP-MDL Liaison Counsel**

A. **Appointment.** PIWD Plaintiffs propose Anya Fuchs of Pearce Lewis LLP to serve as PIWD Plaintiffs' JCCP-MDL Liaison Counsel. A copy of Ms. Fuchs' *curricula vitae* is attached hereto as Exhibit C for the Court's review.

B. **Responsibilities of JCCP-MDL Liaison Counsel.** Ms. Fuchs, as JCCP-MDL Liaison Counsel, shall have the following responsibilities:

1. Serve as an ambassador amongst and between the members of Plaintiffs' JCCP leadership and the members of Plaintiffs' MDL leadership for the purpose and objective of aligning and guiding the group towards making decisions with both coordinated proceedings in mind and, when appropriate and desirable, to correlate and combine efforts to preclude duplicative work product that will result in unnecessary costs and an undue consumption of time.

2. Propose, when appropriate, that efforts in one coordinated proceeding be adopted or utilized in the other coordinated proceeding. By way of example, JCCP-MDL Liaison Counsel could propose the same Plaintiff Fact Sheet be employed in both proceedings (as has already occurred), that the same or similar offensive discovery be employed in both proceedings (substantively and procedurally), that depositions of Defendant's executives that are taken in one coordinated proceeding be available for use in the other coordinated proceeding, that documents and other information produced in one coordinated proceeding be available for use in the other coordinated proceeding.

3. Provide periodic reports regarding the status of the JCCP to PIWD Plaintiffs' MDL leadership and to this Court and, likewise, provide periodic reports regarding the status of the MDL to Plaintiffs' JCCP leadership and the presiding Judge of JCCP No. 5305.

4. Attend and participate in Executive Committee meetings with PIWD Co-Lead Counsel.

III. **PIWD Plaintiffs' Executive Committee**

A. **Appointment.** PIWD Plaintiffs propose Cameron Bell of Oliver Law Group P.C., Eli J. Hare of Dicello Levitt LLP, Michael K. Johnson of Johnson Becker PLLC, Lowell P. McKelvey of

McKelvey Law LLC, and Megan L. Roper of Bailey Cowan Heckaman PLLC to serve as PIWD Plaintiffs' Executive Committee. A copy of Messrs. Bell, Hare, Johnson, McKelvey, and Ms. Roper's *curricula vitae* are attached hereto as Exhibits D, E, F, G, and H for the Court's review.

B. **Responsibilities of PIWD Plaintiffs' Executive Committee.** Messrs. Bell, Hare, Johnson, McKelvey, and Ms. Roper, as members of PIWD Plaintiffs' Executive Committee, shall have the following responsibilities:

1. Coordinate and oversee the activities of PIWD Plaintiffs' counsel during these consolidated pretrial proceedings, as well as monitor and ensure that work conducted by PIWD Plaintiffs' counsel is reasonably necessary and avoids unnecessary costs and duplication of effort.

2. Determine (after consultation with the Steering Committee and other plaintiffs' counsel, as appropriate) the PIWD Plaintiffs' position on all matters arising during pretrial proceedings.

3. Coordinate the selection and management of any common issue and/or bellwether discovery and trials.

4. Schedule meetings of counsel for PIWD Plaintiffs, committees, and subcommittees for any appropriate purpose, including coordinating responses to questions of other parties or of the Court. Maintain minutes or transcripts of these meetings.

5. Maintain adequate time and disbursement records covering common benefit work of designated counsel and establish guidelines, for approval by the Court, as to the keeping of time records and expenses.

6. Perform any other task deemed necessary and proper for the Executive Committee to accomplish its responsibilities as defined by the Court's orders.

7. Attend and participate in Executive Committee meetings with PIWD Co-Lead Counsel.

## IV. PIWD Plaintiffs' Steering Committee

A. **Appointment.** PIWD Plaintiffs propose <u>Matthew K. Felty</u> of Lytle Soule & Felty P.C., <u>Aaron M. Heckaman</u> of Bailey Cowan Heckaman PLLC, <u>Michael M. Gallagher</u> Morgan & Morgan, and <u>Hayden N. Wyatt</u> of Bailey Cowan Heckaman PLLC to serve as PIWD Plaintiffs' Steering Committee. A copy of Messrs. Felty, Heckaman, Gallagher, and Wyatt's *curricula vitae* are attached hereto as Exhibits I, J, K, and L for the Court's review.

B. **Responsibilities of PIWD Plaintiffs' Steering Committee.** Messrs. Felty, Heckaman, Gallagher, and Wyatt, as members of PIWD Plaintiffs' Steering Committee, shall have the following responsibilities:

1. Initiate, coordinate, and conduct all pretrial discovery on behalf and for the benefit of all Plaintiffs in the actions consolidated in this MDL.

2. Develop and propose schedules for the initiation, conduct, and completion of all discovery on behalf of all Plaintiffs.

3. Cause to be issued in the name of all PIWD Plaintiffs the necessary discovery requests, motions, and subpoenas pertaining to any witnesses and documents needed to properly prepare for the pretrial discovery of relevant issues found in the pleadings of this litigation.

4. Schedule meetings of counsel for PIWD Plaintiffs for any appropriate purpose, including coordinating responses to questions of other parties or of the Court. Maintain minutes or transcripts of these meetings.

5. Prepare periodic status reports summarizing the Steering Committee's work and progress. These reports must be submitted to Co-Lead Counsel and the Executive Committee.

6. Assemble and prepare "trial packages" that can be used in future cases, including cases that are remanded to transferor courts for trial.

7. Perform any other task deemed necessary and proper for the Steering Committee to accomplish its responsibilities as defined by the Court's orders.

Dated: February 26, 2024  Respectfully submitted,

By: /s/ Robert W. Cowan

**BAILEY COWAN HECKAMAN PLLC**
Robert W. Cowan (admitted *pro hac vice*)
Aaron M. Heckaman (admitted *pro hac vice*)
1360 Post Oak Blvd., Suite 2300
Houston, TX 77056
Telephone: 713-425-7100
Facsimile: 713-425-7101
aheckaman@bchlaw.com
rcowan@bchlaw.com

*Attorneys for Plaintiffs Ron Bunnell, on behalf of the Estate of Carl Joseph Bunnell, deceased, Barclay Bunnell, Misty Odeen, as next friend and representative of Maxwell Bunnell, a minor, Darryl Martin John Oatridge, and Bridget Oatridge*

-and-

**MORGAN & MORGAN**
Rene F. Rocha (*pro hac vice* anticipated)
COMPLEX LITIGATION GROUP
400 Poydras St., Suite 1515
New Orleans, LA 70130
rrocha@ForThePeople.com
P: (954) 318-0268
F: (954) 327-3018

*Attorney for Jason Bailey, Christopher Delapaz, Schuyler Elliot, Brandon Greer, Michael Haggerty, Orlando Lopez-Roman, Ralph Nacca, Ian Quincannon, Jonathan Reeves, Kevin Roesler, Joel Thomas*

| | |
|---|---|
| Anya Fuchs<br>PEARCE LEWIS LLP<br>423 Washington Street, Suite 510<br>San Francisco, CA 94111<br>Telephone: 415-964-5225<br>Facsimile: 415-830-9879<br>Email: anya@pearcelewis.com<br><br>*Attorneys for Darryl Martin John Oatridge, and Bridget Oatridge* | Cameron Bell (admitted *pro hac vice*)<br>Oliver Bell Group<br>50 W. Big Beaver Rd., Suite 200<br>Troy, MI 48084<br>Tel: 248-327-6556<br>Fax: 248-436-3385<br>cbell@oliverlawgroup.com<br><br>*Attorney for Thomas Nemeth* |
| Aaron M. Heckaman (admitted *pro hac vice*)<br>Megan L. Roper (*pro hac vice* forthcoming)<br>Hayden N. Wyatt (*pro hac vice* forthcoming)<br>BAILEY COWAN HECKAMAN PLLC<br>1360 Post Oak Blvd., Suite 2300<br>Houston, TX 77056<br>Telephone: 713-425-7100<br>Facsimile: 713-425-7101<br>aheckaman@bchlaw.com<br>mroper@bchlaw.com<br>hwyatt@bchlaw.com<br><br>*Attorneys for Darryl Martin John Oatridge, and Bridget Oatridge* | Michael K. Johnson (admitted *pro hac vice*)<br>JOHNSON BECKER, PLLC<br>444 Cedar Street, Suite 1800,<br>St. Paul, MN 55101<br>(612) 436-1800 / (612) 436-1801 (f)<br><br>*Attorney for Matthew Boston, Jonathan Burke, and Christopher Emmel* |
| Eli J. Hare (*pro hac vice* anticipated)<br>Dicello Levitt LLP<br>505 20th Street North, Suite 1500<br>Birmingham, Alabama 35203<br>Tel: 205-855-5700<br>ehare@dicellolevitt.com<br><br>*Attorney for Caleb Metts* | Lowell P. McKelvey (admitted *pro hac vice*)<br>MCKELVEY LAW LLC<br>1205 NW 25th Avenue,<br>Portland, Oregon 97210<br>lowell@mckelveylaw.com<br>Phone: (503) 349-7535<br>Fax: (971) 357-2142<br><br>*Attorney for Plaintiff Keith Gregie, John Scherschel, and Bryan Reedy,* |

| | |
|---|---|
| Matthew K. Felty (admitted *pro hac vice*)<br>LYTLE SOULÉ & FELTY, P.C.<br>1200 Robinson Renaissance<br>119 N. Robinson Ave.<br>Oklahoma City, OK 73102<br>(405) 235-7471 (Telephone)<br>(405) 232-3852 (Facsimile)<br>mkfelty@lytlesoule.com<br><br>*Attorney for Plaintiff Grant Downs* | Michael M. Gallagher (*pro hac vice* forthcoming)<br>MORGAN & MORGAN<br>20 N. Orange Ave., Suite 1600<br>Orlando, Florida 32801<br>Phone: (689) 219-2333<br>Facsimile: (689) 219-2363<br>E-mail: michaelgallagher@forthepeople.com |