# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FUTURE MOTION, INC. | MDL No. 3087 <br><br> Judge Beth Labson Freeman |

**DECLARATION OF RENE ROCHA IN SUPPORT OF APPOINTMENT TO PLAINTIFF'S CO-LEAD COUNSEL**

I am a partner with Morgan & Morgan's Complex Litigation Group. I joined the firm in the aftermath of the Deepwater Horizon Oil Spill and coordinate the firm's interdisciplinary Environmental Toxic Tort Practice Group along with Frank Petosa. I have been involved in a wide array of complex products liability cases and environmental litigations, and have received court appointed leadership positions in several such cases. I have received several awards and recognitions from legal publications for his work in these areas. My experience and collaborative skills have been recognized with the Law360 MVP, an award given to the top attorneys in the Country in either the plaintiff or defense bar, and a Law360 Rising Star, an award bestowed on the top attorneys in the Country who are under 40.

I am first generation Cuban-American and the first in my family to attend law school. As a Latino and a child of a political refugee, my personal experiences have empowered me to form unique connections with clients, counsel, and experts from a broad and diverse range of backgrounds. Powerful insights can emerge from these connections, and for that reason I consistently advocate for broader inclusion of experiences in cases where I am in leadership.

I successfully moved the J.P.M.L. for the creation of MDL 2820, *In re Dicamba Herbicides*, and was appointed to the Plaintiffs' Executive Committee by Judge Limbaugh in 2018. I chaired the Science & Expert Committee and coordinated legal strategy for the litigation, including strategies for litigation and settlement. As part of my duties on the Science & Expert Committee, I developed a detailed understanding of the degradation of pesticide products, and the means by which exposures could be assessed. *Dicamba* involved thousands of claims against multiple defendants, and required me to undertake a deep and probing inquiry into similarities and differences in chemical structures and effects among various herbicide products. I also served on the Settlement Team, and along with my colleagues, was able to successfully negotiate a global settlement for American farmers totaling $400 million.

I served in similar roles in *In re: Columbia Gas Cases*, (Superior Court, Sussex County, Massachusetts) where I was responsible for coordinating experts, as well as litigation and

settlement strategies in a case involving claims of residents, business owners, property owners, and employees who suffered dramatic disruptions, emotional distress, and economic losses as a result of the over pressurization of gas utility system. Along with my colleagues, I was able to successfully lead the litigation to a swift and successful resolution through a $143 million settlement in 2020.

I am currently a member of the Plaintiffs Executive Committee in MDL 3060, *In re: Hair Relaxer Marketing, Sales Practices, and Products Liability Litigation*, where I am chair of the Science & Expert Committee. In that role, I am responsible for analyzing the design, composition and manufacture of chemical cosmetic products, and the risks resulting from such products. Additionally, I am integral to the development and coordination of litigation strategies, case framing, and discovery matters.

I regularly manage significant litigation dockets which require the management of a team of lawyers and technical experts, and several of our cases are on the forefront of environmental exposure and legal issues. I am co-lead counsel for related litigation against Lockheed Martin in the Middle District of Florida relating to toxic exposures caused by operational emissions and historic contamination of air, soil, and groundwater in Orlando, FL. As co-lead counsel, I have been responsible for Litigation Strategies, Science & Experts, and a number of other important tasks. Due to the significant breadth of chemicals involved in the contamination, and the number of different environmental media at issue in that litigation, I have developed a deep and intimate understanding of human exposure science, fate & transport, and the process of cancer causation.

My understanding of product manufacture, human exposure science, fate & transport, and the process of cancer causation has also been honed by my experience as putative class counsel in various actions against industrial users of ethylene oxide (see e.g., *Letart v. Union Carbide* S.D.W.V. 2:19 cv-878; *Sommerville v. Union Carbide,* S.D.W.V. 2:19 cv-877). Those cases involve medical monitoring claims relating to environmental exposures of the known carcinogen ethylene oxide.

I practice exclusively in large, complex cases involving numerous plaintiffs with a broad scope of legal claims. These cases almost entirely involve cases brought by a number of different Plaintiffs' counsel, and often involve claims against numerous defendants as well. I have been recognized as a leader in this field, and excel at managing and integrating competing legal theories and strategies from colleagues at multiple firms. I began my career co-representing hundreds of fishermen, business owners, wage earners, property owners, clean-up workers, municipalities and banks seeking damages resulting from the BP oil spill in the Gulf of Mexico. I continued to excel in collaborative environments with numerous Plaintiffs counsel, including in my work in the *In re East Palestine Train Derailment* (Chair of Damages Committee); Southern California Gas leak Cases, California Coordinated Proceeding No. 4861 (Discovery and Well Integrity Committees); Testosterone Replacement Therapy Products Liability Litigation MDL 2545 (trial co-counsel in the first VTE bellwether trial, Science and Expert, Discovery and Auxilium Committees); Xarelto Products Liability Litigation MDL 2592; Invokana (Canagliflozin) Products Liability Litigation MDL 2750 (Bellwether Committee); Lipitor (Atorvastin) Marketing, Sales Practices and Products Liability Litigation MDL 2502 (member of the Science and Expert and Discovery Committees);

BP Oil Spill Litigation MDL 2179 (Phase I & II Trial Teams, Discovery); Chinese Drywall Products Liability Litigation MDL 2047 (Taishan Trial Team).

My law firm have unmatched resources that can be devoted to this litigation. While growing every day, Morgan & Morgan currently employ almost 1,000 lawyers and over 3,000 support staff throughout offices in all 50 states. Each year, tens of thousands of people, businesses, and governments entrust Morgan & Morgan to represent them in legal matters ranging from personal injury and workers compensation to class actions, medical malpractice, environmental, and complex commercial transactions.

Morgan & Morgan established the Complex Litigation Group to handle multi-party complex civil matters such as class actions, mass torts, qui tams, toxic torts, environmental, and government enforcement actions. This group draws on the expertise of 30 dedicated trial attorneys supported by 25 briefing attorneys, 100 highly skilled document review attorneys, 25 paralegals and support staff, along with a retired FBI special agent and a retired HHS-OIG special agent. The backbone of this operation is state of-the-art technology which empowers the team members to take a true collaborative approach in each matter.

The attorneys who make up this group have impressive diverse backgrounds including litigators from top 50 defense firms, senior government counselors, elected officials, and named partners from highly successful plaintiff firms. An indication of the success of this group lies in the number of appointments to Plaintiff Steering Committee and leadership positions within class and mass litigation and the staggering dollar value of recoveries in cases since its inception.

I also have the willingness and availability to commit to this project. I am excited to devote my energies to MDL 3087, and finding justice for individuals who have been harmed by unsafe products.