# EXHIBIT G



1205 NW 25th Ave
Portland OR 97210
503.782.0502
971.357.2142 f

Lowell P. McKelvey*
lowell@mckelveylaw.com

*Admitted in Oregon and Washington

www.mckelveylaw.com

# RESUMÉ – LOWELL P. MCKELVEY

PERSONAL

    Born 1971, Ann Arbor, Michigan

EDUCATION

    Southwestern University, Georgetown, Texas, 1994, B.A.

    University of Montana School of Law, Montana, 1999, J.D.

COURT ADMISSIONS

    Oregon State Bar, 1999

    U.S. District Court, District of Oregon, 2003

    Washington State Bar, 2005

    U.S. District Court, District of Eastern Washington, 2013

MEMBERSHIPS

    Oregon Association of Defense Counsel (past)

    Washington Defense Trial Lawyers (past)

    Multnomah County Bar Association

    Oregon Trial Lawyers Association (co-chair, Motor Vehicles Section, 2019 – 2021)

LEGAL PRACTICE

    McKelvey Law LLC; owner, 2023 – present – *personal injury, motor vehicle accidents, products liability, nursing home neglect and abuse – plaintiff side*

    UM/UIM panel arbitrator 2019 – present – *panelist, usually neutral (presiding)*

    McKelvey Kozuma PC; founding shareholder, 2014 – 2023 – *personal injury, construction defect, insurance coverage, real estate – mix of plaintiff/defense*

    Mitchell, Lang & Smith, LLP; associate 2003, partner 2008, managing Partner 2010 - 2014 – *personal injury, construction defect, insurance coverage – exclusively defense*

    Deputy District Attorney, Washington and Multnomah County District Attorneys' Offices – 1999 - 2003 – *criminal prosecutor*

HONORS

    *Super Lawyers Rising Stars* 2011, Construction Litigation

    *Super Lawyers* 2021 – 2024, Personal Injury