# EXHIBIT H

**MEGAN L. ROPER**

CURRICULUM VITAE
AND
SUPPORT FOR APPOINTMENT AS
PERSONAL INJURY PLAINTIFFS' EXECUTIVE COMMITTEE

*IN RE: FUTURE MOTION, INC. PRODUCTS LIABILITY LITIGATION*
MDL 3087

**A.      Personal Information**

Name:                  Megan L. Roper
Law Firm:            Bailey Cowan Heckaman PLLC ( www.bchlaw.com )
Years of Practice:   8
List of Firm Cases Transferred to MDL:

> *Oatridge, et al. v. Future Motion, Inc.*, No. 5:21-cv-09906-BLF, in the United States District Court for the Northern District of California
>
> *Bunnell, et al. v. Future Motion, Inc.*, No. 22-cv-01220-CNS-KAS, in the United States District Court for the District of Colorado

**B.      Positions Sought**

Personal Injury Plaintiffs' Executive Committee

**C.      MDL Experience**

| MDL Name | Subject Matter & Current Status | Leadership Roles | "Unofficial" Roles Played |
|---|---|---|---|
| MDL 2885 *In re: 3M Combat Arms Earplug Prods. Liab. Litig.*, N.D. Fla. | Pensacola-based MDL involving military veterans suffering hearing damage from faulty combat arms earplugs (largest MDL in history); MDL is ongoing | Law firm partner (Robert Cowan) is on the Plaintiffs' Steering Committee | Conducted depositions of injured parties, witnesses, and expert witnesses |

| MDL Name | Subject Matter & Current Status | Leadership Roles | "Unofficial" Roles Played |
|---|---|---|---|
| MDL 2789<br>***In re: Proton Pump Inhibitor Litig.,***<br>D.N.J. | Newark, N.J.-based MDL involving kidney-related injuries linked to proton pump inhibitor (heartburn) drugs; MDL is ongoing | Law firm partner (Camp Bailey) is on the Plaintiffs' Sterring Committee (PSC) | Conducted PSC-delegated document review and assisted with 30(b)(6) and liability depositions |
| MDL 2973<br>***In re: Elmiron (Pentosan Polysulfate Sodium) Prods. Liab. Litig.,***<br>D.N.J. | Newark, N.J.-based MDL involving vision-related injuries linked to pentosan polysulfate sodium drugs; MDL is ongoing | | Assisted in the case work-up and settlement of the firm's entire docket of cases |
| JCCP NO. 4887<br>***In re: Essure Product Cases,***<br>Alameda County, CA | Alameda County, CA-based JCCP involving Essure Permanent Birth Control System linked to numerous side effects including perforated organs, autoimmune diseases, severe pelvic pain, and many others | | Conducted depositions of injured parties in the Court ordered discovery wave |

**D.     Legal Experience**

Since joining Bailey Cowan Heckaman PLLC ("BCH") as a law clerk, Megan has been a part of the asbestos litigation group at the firm. Upon becoming a licensed attorney, she has managed hundreds of mesothelioma and lung cancer cases from intake to trial.

As her career has progressed, Megan has become more involved in other areas of practice at BCH. She conducted the depositions of numerous Essure victims. She conducted the depositions of injured parties, witnesses, and expert witnesses in the 3M litigation. She prepared for and assisted in the depositions of 30(b)(6) and liability witnesses in the PPI litigation as well as other large-scale injury matters. Additionally, Megan assisted in the depositions of several executive officers of Future Motion, Inc.

Most recently, Megan participated in the trial of a wrongful death and personal injury case which went to verdict in the Western District of Missouri. Megan was present at the counsel

table throughout the entire trial, prepared lead counsel for direct and cross examinations, and conducted the direct examination of one of the plaintiffs.

### E.      Settlement Experience

In her role as a managing attorney for asbestos-related cases, Megan has been instrumental in the negotiation of over a thousand individual settlements on behalf of her clients. As part of the settlement process, Megan has obtained approval from her clients for settlements, worked with defense counsel on release language, and qualified settlements by providing the necessary medical and product identification documents to defense counsel.

Megan also assisted in the settlement process of BCH's talc-related mesothelioma docket against Johnson & Johnson. Given the group nature of the settlement, Megan assisted in informing the clients of the group settlement and obtaining client consent to resolve the matters as a group.

Currently, Megan is involved in settling BCH's Elmiron cases and negotiating the master settlement agreement with defense counsel. In the process of negotiation, Megan has ensured qualifying medical documentation has been provided to defense counsel and clients have agreed to the nature of the settlement.

### F.      Curriculum Vitae

#### – LEGAL EXPERIENCE –

| | |
|---|---|
| January 2016 to Present | **Bailey Cowan Heckaman PLLC**, Houston, Texas, *Associate* <br> • See Information above |
| April 2014 to January 2016 | **Bailey Cowan Heckaman PLLC**, Houston, Texas, *Law Clerk* <br> • Prepared offensive discovery, responses to motions for summary judgment, complaints and other litigation documents <br> • Investigated claims for dismissal, viable entities, and worker's compensation law as well as other asbestos issues |
| Fall 2013 | **Nance & Simpson, LLP**, Houston, Texas, *Law Clerk* <br> • Drafted business formation documents, wills, estate tax returns, and other business and estate planning documents <br> • Researched issues in family law and the formation of business entities and prepared memorandums conveying the results |
| January 2012 to August 2012 | **Joyce, McFarland + McFarland, LLP**, Houston, Texas, *Project Assistant* |

- Recorded Lis Pendens in the Real Property Records and drafted preliminary answers and responses to discovery requests
- Scheduled administrative hearings and prepared the attorney with all of the legal files and notebooks for hearings

## – EDUCATION –

**University of Houston Law Center**, Houston, Texas
- Juris Doctor, May 2015
- G.P.A.: 3.080
- Honors: Dean's Scholarship Recipient
- Activities:
    *Journal of Consumer & Commercial Law*, Recent Developments Editor
    The Advocates, Internal Vice President
    Alternative Dispute Resolution Team, Competing Member
    The Ambassadors, Distinguished Member
    Aggie Law Society, Vice President and Secretary
    Student Bar Association, Internal Affairs Director
    Research Assistant to Professor Darren Bush

**University of Houston, C.T. Bauer College of Business**, Houston, Texas
- Master of Business Administration, May 2015
- G.P.A.: 3.820
- Degree earned under joint M.B.A./J.D. program

**Texas A&M University**, College Station, Texas
- Bachelor of Arts in Psychology, Minor in History, *Summa Cum Laude*, December 2011
- G.P.A.: 4.000
- Activities:
    Legal Education Group for Aggie Law Students, Member
    Pre-Law Society, Member
    Business Math Tutorial Assistant to Professor Kendra Kilmer

## – TRAINING AND BAR MEMBERSHIPS –

- Certified Mediator (specialized training in Advanced Family Mediation)
- Certificate in Commercial Arbitration from the AA White Dispute Resolution Center
- State Bar of Texas, November 6, 2015
- Southern District of Texas, December 22, 2017
- Supreme Court of the State of Louisiana, October 26, 2018

- Eastern District of Louisiana, December 31, 2019
- Middle District of Louisiana, January 17, 2020
- Western District of Louisiana, January 17, 2020
- Supreme Court of Illinois, June 25, 2020
- The Missouri Bar, June 2, 2021
- Southern District of Illinois, March 1, 2022