# EXHIBIT I



ABOUT    PRACTICE AREAS    ATTORNEYS    CONTACT



## MATTHEW K. FELTY
DIRECTOR

Phone:  405.235.7471
Email:  mkfelty@lytlesoule.com



### PRACTICE AREAS

Click a practice area for more information.

Commercial Law

Construction, Architectural & Engineering Law

Indian Law

Oil & Gas and Energy Law

Personal Injury

Product Safety & Liability

Matthew Felty is a director at Lytle Soulé & Felty, P.C.  Recognized by Super Lawyers as a Rising Star from 2016 to present, Mr. Felty has extensive experience in complex litigation in state and federal court in Oklahoma. He has represented both companies and individuals across a variety of practice areas including oil and gas, manufacturers' products liability, insurance coverage, catastrophic personal injury, complex commercial disputes, aviation disputes, engineering and construction litigation, and Indian law with an emphasis on Oklahoma's State-Tribal Gaming Act and the federal Indian Gaming Regulatory Act.

In addition, Mr. Felty routinely serves as local counsel for firms from larger markets, such as New York and Texas, providing around the clock assistance on matters ranging from subpoena and discovery disputes to brief preparation, as well as hearing attendance and argument.

Finally, in his role as plaintiff's counsel, Mr. Felty has successfully recovered over eight figures in settlements for clients since 2012, on matters ranging from the representation of individuals who have been catastrophically injured to the representation of companies in tort and contractual disputes.

# BACKGROUND

- University of Oklahoma (B.A., Public Administration, 2009)
- University of Oklahoma College of Law (J.D., 2012)

## MEMBERSHIPS & AFFILIATIONS

- Admitted to bar, Oklahoma (2012)
- United States District Courts for the Western, Northern, and Eastern Districts of Oklahoma
- United States Court of Appeals, Tenth Circuit
- Cherokee Nation Tribal Court
- Super Lawyers – Rising Stars (2016-2023)
- Oklahoma Bar Association
- Oklahoma County Bar Association
- Mineral Lawyers Society of Oklahoma City
- Board of Trustees, Oklahoma Lottery Commission (2014-19, Chairman (2019))

## HONORS

- OKC's Best Lawyers (Oil & Gas) – 405 Magazine (2022-2023)
- SuperLawyer (General Litigation), SuperLawyers Magazine (2016-2023)

© 2024 Lytle Soulé & Felty. All rights reserved.
119 N Robinson Ave # 1200, Oklahoma City, OK 73102 | 405.235.7471



Martindale-Hubbell®
Peer Rated Law Firm   AV