**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: FUTURE MOTION, INC. PRODUCTS LIABILITY LITIGATION** | MDL No. 3087 |

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –9)**

On December 8, 2023, the Panel transferred 28 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.3d___ (J.P.M.L. 2023). Since that time, 12 additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Beth Labson Freeman.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Freeman.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of December 8, 2023, and, with the consent of that court, assigned to the Honorable Beth Labson Freeman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Tiffaney D. Pete*

Tiffaney D. Pete
Clerk of the Panel

---

Inasmuch as no objection is pending at this time, the stay is lifted.

Apr 11, 2024

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: FUTURE MOTION, INC. PRODUCTS  
LIABILITY LITIGATION                                            MDL No. 3087

## SCHEDULE CTO−9 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| FLORIDA MIDDLE | | | |
| ~~FLM~~ | ~~6~~ | ~~24−00528~~ | ~~Witt v. Future Motion, Inc.~~ |
| | | | Opposed 4/3/24 |
| FLORIDA SOUTHERN | | | |
| FLS | 0 | 24−60413 | Hester et al v. Future Motion Inc. |
| FLS | 0 | 24−60415 | Quigley et al v. Future Motion Inc. |
| FLS | 9 | 24−80228 | DOCKERY et al v. Future Motion Inc. |
| FLS | 9 | 24−80280 | Babbino et al v. Future Motion, Inc. |
| FLS | 9 | 24−80285 | Graham v. Future Motion, Inc. |
| FLS | 9 | 24−80286 | Kington v. Future Motion, Inc. |
| FLS | 9 | 24−80289 | Mathew et al v. Future Motion, Inc. |
| FLS | 9 | 24−80297 | Kroll v. Future Motion Inc. |
| FLS | 9 | 24−80304 | Lewis et al v. Future Motion, Inc. |
| NEW YORK WESTERN | | | |
| NYW | 1 | 24−00292 | Neratko v. Future Motion, Inc. |