# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: FUTURE MOTION, INC. PRODUCTS LIABILITY LITIGATION<br><br>This document Relates to:<br>ALL ACTIONS | Case No. 23-md-03087-BLF<br><br>**CASE MANAGEMENT ORDER NO. 10** |

On December 18, 2025, the Court held a case management conference in this multidistrict litigation ("MDL"). The Parties informed the Court that the MDL has settled in principle. Accordingly, the Court VACATES the following dates:

| Event | Date |
|---|---|
| Last day to file *Daubert*/Dispositive Motions for the first two Representative Personal Injury/Wrongful Death Cases[1] | January 16, 2026 |
| Responses to *Daubert*/Dispositive Motions for the first two Representative Personal Injury/Wrongful Death Cases | February 13, 2026 |
| Replies to *Daubert*/Dispositive Motions for the first two Representative Personal Injury/Wrongful Death Cases | February 27, 2026 |
| Hearing on *Daubert*/Dispositive Motions for the first two Representative Personal Injury/Wrongful Death Cases | March 19, 2026 |
| Pretrial Conference for the first Representative Personal Injury/Wrongful Death Case | May 21, 2026 |
| Trial for the first Representative Personal Injury/Wrongful Death Case | June 15, 2026 |

---

[1] The Parties have selected Case No. 21-cv-09906-BLF, *Oatridge, et al. v. Future Motion, Inc.* and Case No. 23-cv-06394-BLF, *McAllister v. Future Motion, Inc.* as the first two representative personal injury/wrongful death cases. *See* ECF Nos. 502, 503.

1  The Court will hold a further case management conference on March 26, 2026, at
2  1:30 p.m. via Zoom.  The Parties shall meet and confer and propose an agenda for the further case
3  management conference, which they shall file no later than March 19, 2026.

**IT IS SO ORDERED.**

Dated:  December 18, 2025

_____
BETH LABSON FREEMAN
United States District Judge